FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 02 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KEVIN DELANEY, THOMAS FITZGERALD, JOHN KAPLUN, JOHN LANDI, DAVID MANGENE, KENT MITCHELL, CHRIS PICCOLA, ROBERT SERVISS, JOHN E. SMITH, and PETER WONG,

          Plaintiffs,

-against-

RAY LAHOOD, In His Official Capacity as Secretary, United States Department of Transportation, and the UNITED STATES DEPARTMENT OF TRANSPORTATION,

          Defendants.
------------------------------------------------------------X

JUDGMENT
07-CV- 0471 (JG)

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on September 30, 2009, granting defendants' motion for summary judgment in its entirety; and directing the Clerk of Court to enter judgment for the defendants; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that defendants' motion for summary judgment is granted in its entirety; and that judgment is hereby entered for the defendants.

Dated: Brooklyn, New York
       October 01, 2009

Robert C. Heinemann
Clerk of Court

By: s/Terry Vaughn
Terry Vaughn
Chief Deputy of
Court Operations